Judge Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | No.  04-5205M |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| KIMBERLY DAWN AVINA, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon,

IT IS HEREBY ORDERED that the Government's Motion to Dismiss the Complaint without prejudice, filed October 27, 2004, against KIMBERLY DAWN AVINA, defendant, is GRANTED.

Dated this 11th day of August, 2005.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Douglas J.  Hill
Special Assistant U.S. Attorney

ORDER FOR DISMISSAL/U.S. v. Kimberly Dawn Avina - 1
04-5205M

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER FOR DISMISSAL/U.S. v. Kimberly Dawn Avina - 2
04-5205M

United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4305
(253) 428-3800